# IN THE SUPREME COURT OF THE STATE OF DELAWARE

ALAN R. BELL, MICHAEL T. BOWERS, and OM PARKASH KALRA,

    Plaintiffs Below, Appellants/Cross-Appellees,

v.

AT&T MOBILITY WIRELESS OPERATIONS HOLDINGS LLC, NEW CINGULAR WIRELESS PCS, LLC and AT&T MOBILITY LLC,

    Defendants Below, Appellees/Cross-Appellants.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

No. 343, 2022

Court Below—Court of Chancery of the State of Delaware

C.A. No. 6886

Submitted: May 24, 2023
Decided: June 7, 2023

Before **SEITZ**, Chief Justice; **VALIHURA**, **LEGROW**, **GRIFFITHS**, Justices and **DAVIS**, Judge, constituting Court *en Banc*.

## ORDER

This 7th day of June 2023, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its opinions dated September 28, 2021 and March 9, 2022, and order dated August 23, 2022.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice